AO 91 (Rev. 02/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Santos Yovani Cruz-Reyes, A096 331 471 | ) | Case No. 16-9422 mj |
| *Defendant* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about November 17, 2016, in the County of Pinal, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Santos Yovani Cruz-Reyes, an alien, was found in the United States of America, at or near Maricopa, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States, at or near Phoenix, Arizona, on or about January 22, 2015, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

I further state that I am a Border Patrol Agent with U.S. Customs and Border Protection.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY: Charles E. Bailey, P.S. for SAUSA David C. Whipple

☒ Continued on the attached sheet.

*Complainant's signature*
Paul M. Ford
U.S. Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: November 21, 2016

*Judge's signature*

City and state: Phoenix, Arizona

Eileen S. Willett
United States Magistrate Judge
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Paul M. Ford, being duly sworn, hereby depose and state as follows:

1. Your affiant is a United States Border Patrol Agent. I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On November 17, 2016, Border Patrol Agent I. Alfaro encountered an individual near Maricopa, in the District of Arizona. The Agent identified himself as a Border Patrol agent and performed an immigration inspection on the individual. The individual, later identified as Santos Yovani Cruz-Reyes, admitted to being a citizen and national of a country other than the United States, unlawfully present in the United States. Cruz-Reyes was transported to the Casa Grande Border Patrol Station for further processing. Cruz-Reyes was held in administrative custody until his identity could be confirmed along with his immigration and criminal history.

3. Immigration history checks revealed Santos Yovani Cruz-Reyes to be a citizen of Honduras and a previously deported alien. Cruz-Reyes was removed from the United States to Honduras through Phoenix, Arizona, on or about January 22, 2015, pursuant to the reinstatement of a removal order issued by an immigration judge. There is no record of Santos Yovani Cruz-Reyes in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Cruz-Reyes'

immigration history was matched to him by electronic fingerprint comparison.

4. On November 18, 2016, Santos Yovani Cruz-Reyes was advised of his constitutional rights. Cruz-Reyes acknowledged his rights and declined to make a statement under oath without a lawyer present.

5. For these reasons, this affiant submits that there is probable cause to believe that on or about November 17, 2016, Santos Yovani Cruz-Reyes, an alien, was found in the United States of America, at or near Maricopa, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Phoenix, Arizona, on or about January 22, 2015, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

_____
Paul M. Ford
U.S. Border Patrol Agent

Sworn to and subscribed before me
this 21st day of November, 2016.

_____
Eileen S. Willett
United States Magistrate Judge